IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CARTARVIS A. JORDAN, | * |
| Plaintiff, | * |
| v. | Case No. 7:18-cv-61 (LAG-TQL) |
| | * |
| RICHARD CAMPBELL, et al., | |
| | * |
| Defendants. | |
| _____ | * |

# J U D G M E N T

Pursuant to this Court's Order dated September 26, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 26th day of September, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk